UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, *et al.*,

    Plaintiffs,

v.

ADELA GARCIA, a/k/a ADELA GARCIA WHITE, d/b/a QUALITY CONSTRUCTION,

    Defendant,

v.

WELLS FARGO BANK, N.A.,

    Garnishee.

Case No. MC17-0053RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Adela Garcia, a/k/a Adela Garcia White, d/b/a Quality Construction, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Wells Fargo Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiffs' counsel on May 31, 2017, at Dkt. # 1-2.

Dated this 6th day of June, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT