Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,<br><br>Plaintiffs,<br>v.<br><br>ADELA GARCIA, a/k/a ADELA GARCIA WHITE, a sole proprietor d/b/a QUALITY CONSTRUCTION,<br><br>Defendant,<br><br>WELLS FARGO BANK, N.A.,<br><br>Garnishee. | Cause No. 17-mc-53 RSL<br><br>ORDER DISMISSING ACTION AND RELEASING WRIT OF GARNISHMENT ON WELLS FARGO BANK, N.A. |

This matter is before the Court on *Plaintiffs' Notice of Voluntary Dismissal of Garnishment Proceedings*. The Court has considered the notice, as well as the pleadings, files, and court records in this matter, and ORDERS:

1. This matter is dismissed;

ORDER DISMISSING ACTION AND RELEASING WRIT OF
GARNISHMENT ON WELLS FARGO BANK, N.A. – 1
17-mc-53 RSL

2. The garnishment in this matter (Dkt. #3) is released. Garnishee Wells Fargo Bank, N.A. is relieved of its obligation to withhold funds or property of Adela Garcia a/k/a Adela Garcia White, d/b/a Quality Construction as set forth in the writ. Wells Fargo Bank, N.A. is ordered to promptly return all funds or property held pursuant to the writ to the defendant; and

3. The Clerk of Court is directed to close the case.

Dated: January 10, 2018.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Judge

ORDER DISMISSING ACTION AND RELEASING WRIT OF GARNISHMENT ON WELLS FARGO BANK, N.A. – 2
17-mc-53 RSL

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900